PP

Steven A Bailey

v.

Michael Weiland et al.,   Case No. 24-cv-517-PP

U.S. District Court
Wisconsin Eastern
AUG 04 2025
FILED
Clerk of Court

Fed. R. Civ. P. 60(b)

Motion for Relief from Order Pursuant To Rule 60(b) - Order Granting Defendant's Motion To Stay Case

b Ground for Relief from a final Judgment order, or proceeding on motion and just terms, The court may relieve a party or it's legal representative from a final Judgment, order

Plaintiff would like to proceed on the fourth amendment claim of excessive force claim, See McDaniel v. Milwaukee, police Department, 2024 WL 3273793,

Dated this Aug 1 day 2025 in portage, WI

Respectfully
Steven A Bailey
*(signature)*