Steven A Bailey #614366
Columbia Correctional institution
P.O. Box 900
Portage, WI 53901



United States District Court
eastern District of Wisconsin
362 U.S. CouRtHouse
517 E. Wisconsin AVE
Milwaukee, WI 53202

53202-450099